# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-10050-AMC

ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANTOINE C GREEN, SR.

    6105 WASHINGTON AVENUE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 3/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee