## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 19-10050(AMC) |
| ANTOINE C. GREEN, SR. | : |
| | : |
| Debtor | : CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
### NOTICES AND PLEADINGS ON BEHALF OF ALLY BANK LEASE TRUST

PLEASE TAKE NOTICE that Ally Bank Lease Trust appears herein by and through its counsel, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO
190 North Independence Mall West, Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, Orders and Notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any rights or interest of Ally Bank Lease Trust with respect to (a) debtor, (b) property or proceedings thereof in which debtor may claim an interest or (c) property or proceeds thereof in the possession, custody or control of Ally Bank Lease Trust which debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ally Bank Lease Trust.

LAVIN, CEDRONE, GRAVER, BIYD & DiSIPIO

DATED: April 5, 2019         By: /s/ Regina Cohen
                                 Regina Cohen, Esquire
                                 Attorneys for Ally Bank Lease Trust

2073587v1