**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-10050(AMC) |
| ANTOINE C. GREEN, SR. | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

**CERTIFICATION OF NO RESPONSE**

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Bank Lease Trust for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay. The response date in the above-captioned matter was on or before **April 23, 2019**, which is more than fifteen (15) days from the date of service.

                                          **LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO**

                                          /s/ Regina Cohen
                                          Regina Cohen, Esquire
                                          Attorney for Movant

DATED:  April 29, 2019

2078096v1