# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | BANKRUPTCY NO. 19-10050(AMC) |
| ANTOINE C. GREEN, SR. : | CHAPTER 13 |
| : | |
| Debtor : | HEARING SCHEDULED FOR |
| : | MAY 7, 2019 at 11:00 A.M. |
| : | UNITED STATES BANKRUPTCY COURT |
| : | 900 MARKET STREET |
| : | PHILADELPHIA, PENNSYLVANIA 19107 |

## ORDER GRANTING ALLY BANK LEASE TRUST RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY, COMPELLING REJECTION OF THE LEASE AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank Lease Trust with respect to the motor vehicle identified as a 2016 Dodge Durango, VIN: 1C4RDJAG5GC375517 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Bank Lease Trust is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Linda Shealer Henderson; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank Lease Trust may act immediately upon entry of this Order.

5/7/19

FOR THE COURT:

ASHELY M. CHAN
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Bradly E. Allen, Esquire
7711 Castor Avenue
Philadelphia, PA 19152


William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143


Linda Shealer Henderson
6105 Washington Avenue
Philadelphia, PA 19143