United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-10050-amc
Antoine C Green, Sr                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1              Date Rcvd: May 08, 2019
                               Form ID: pdf900            Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Antoine C Green, Sr,   6105 Washington Avenue,   Philadelphia, PA 19143-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:26
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ally@ebn.phinsolutions.com May 09 2019 02:42:09     Ally Bank Lease Trust,
                 PO Box 130424,   Roseville, MN  55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 02:49:48     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
            BRADLY E ALLEN   on behalf of Debtor Antoine C Green, Sr bealaw@verizon.net
            KEVIN G. MCDONALD   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
             bkgroup@kmllawgroup.com
            REGINA  COHEN   on behalf of Creditor   Ally Bank Lease Trust rcohen@lavin-law.com,
             ksweeney@lavin-law.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          :   BANKRUPTCY NO. 19-10050(AMC)
ANTOINE C. GREEN, SR.     :   CHAPTER 13
            :
    Debtor      :   HEARING SCHEDULED FOR
            :   MAY 7, 2019 at 11:00 A.M.
            :   UNITED STATES BANKRUPTCY COURT
            :   900 MARKET STREET
            :   PHILADELPHIA, PENNSYLVANIA 19107

### ORDER GRANTING ALLY BANK LEASE TRUST RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY, COMPELLING REJECTION OF THE LEASE AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank Lease Trust with respect to the motor vehicle identified as a 2016 Dodge Durango, VIN: 1C4RDJAG5GC375517 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Bank Lease Trust is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Linda Shealer Henderson; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank Lease Trust may act immediately upon entry of this Order.

FOR THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Bradly E. Allen, Esquire
7711 Castor Avenue
Philadelphia, PA 19152


William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143


Linda Shealer Henderson
6105 Washington Avenue
Philadelphia, PA 19143