# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10050-AMC

ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTOINE C GREEN, SR.

    6105 WASHINGTON AVENUE

    PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/18/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee