# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10050-AMC

ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANTOINE C GREEN, SR.

  6105 WASHINGTON AVENUE

  PHILADELPHIA, PA 19143


Counsel for debtor(s), by electronic notice only.

  BRADLY E ALLEN ESQ
  7711 CASTOR AVE

  PHILA, PA 19152-

Date: 7/23/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee