**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Antoine C. Green, Sr.<br>     Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>     Movant<br>  vs.<br><br>Antoine C. Green, Sr.<br>     Debtor<br><br>Nikia Myers<br>     Co-Debtor<br><br>William C. Miller Esq.<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 19-10050 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 30th day of July, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Stipulation (Document No. 50 filed on July 23, 2019);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Stipulation without any personal identifiable information in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143

Nikia Myers
6105 Washington Avenue
Philadelphia, PA 19143

Bradly E. Allen
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532