United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10050-amc
Antoine C Green, Sr                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore         Page 1 of 1          Date Rcvd: Jul 30, 2019
                              Form ID: pdf900         Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +Antoine C Green, Sr,   6105 Washington Avenue,   Philadelphia, PA 19143-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 31 2019 02:51:23     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 02:51:06
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2019 02:51:11     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 02:50:39     Ally Bank Lease Trust,
                PO Box 130424,   Roseville, MN  55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 02:42:33     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Antoine C Green, Sr bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank Lease Trust rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Antoine C. Green, Sr.<br>            Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>            Movant<br>    vs.<br>Antoine C. Green, Sr.<br>            Debtor | NO. 19-10050 AMC |
| Nikia Myers<br>            Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>            Trustee | |

**ORDER**

AND NOW, this 30th day of July, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Stipulation (Document No. 50 filed on July 23, 2019);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Stipulation without any personal identifiable information in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143

Nikia Myers
6105 Washington Avenue
Philadelphia, PA 19143

Bradly E. Allen
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532