# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Antoine C Green, Sr.**                                               Case No.   19-10050/amc
                                    Debtor(s)                         Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019 a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the Trustee and all creditors listed below.

**PHFA Loan Servicing**
**211 N. Front Street**
**Harrisburg, PA 17101**

**A copy of the Application for Compensation and Notice to:**

**Antoine C, Green , Sr.**
**6105 Washington Ave.**
**Philadelphia, PA 19142**

**Electronic Mail:**

**William C. Miller, Chapter 13 trustee**

**US Trustee**

**Kevin G. McDonald, Esquire**
**on behalf of PA Housing Finance Agency**

/s/Bradly E. Allen
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**