# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Antoine C. Green, Sr.
Debtor(s)

Case No. 19-10050/amc
Chapter 13

## ORDER

AND NOW, this ____ day of _____, 2019 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated: **November 5, 2019**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge