United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10050-amc
Antoine C Green, Sr                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 05, 2019
                             Form ID: pdf900          Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db              +Antoine C Green, Sr,    6105 Washington Avenue,    Philadelphia, PA 19143-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Nov 06 2019 03:26:41    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2019 03:26:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2019 03:26:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: ally@ebn.phinsolutions.com Nov 06 2019 03:25:40     Ally Bank Lease Trust,
                 PO Box 130424,   Roseville, MN  55113-0004
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 03:30:11     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
        BRADLY E ALLEN    on behalf of Debtor Antoine C Green, Sr bealaw@verizon.net
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        REGINA  COHEN    on behalf of Creditor   Ally Bank Lease Trust rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 6

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re | Antoine C. Green, Sr.

Debtor(s)

Case No. __19-10050/amc__

Chapter __13__

## ORDER

AND NOW, this          day of          , 2019   it is hereby ORDERED that Bradly E. Allen is

approved compensation in the amount of $3,000.00  plus reimbursement of expenses in the amount of $310.00

for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor

pre-petition.

Dated:   **November 5, 2019**

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge