# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10050-AMC

ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTOINE C GREEN, SR.

    6105 WASHINGTON AVENUE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

                                              /S/ William C. Miller

Date: 1/6/2020                                   _____

                                               William C. Miller, Esquire
                                             Chapter 13 Standing Trustee