**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>ANTOINE C GREEN, SR. | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-10050-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143