```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 19-10050-amc
   Antoine C Green, Sr                                          Chapter 13
                      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: JEGilmore            Page 1 of 2           Date Rcvd: Feb 19, 2020
                              Form ID: pdf900            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Antoine C Green, Sr,    6105 Washington Avenue,    Philadelphia, PA 19143-2914
14254300       +AT&T,   One AT&T Way,    Suite 3A104,    Bedminster, NJ 07921-2694
14303111       +Ally Bank Lease Trust,    c/o Regina Cohen, Esquire,    190 North Independence Mall West, Suite,
                 6th and Race Streets,    Philadelphia, Pa 19106-1554
14254301       +David Offen, Esquire,    601 Walnut Street,   Suite #160W,    Philadelphia, PA 19106-3338
14254302       +Nika Myers,   6105 Washington Avenue,    Philadelphia, PA 19143-2914
14254304       +PHFA Loan Servicing,    211 N. Front Street,   Harrisburg, PA 17101-1466
14284468       +Pennsylvania Housing Finance Agency,     c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14254305       +Rebecca A. Solarz, Esquire,    KML Law Group,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 20 2020 03:58:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:57:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:44     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14282816       +E-mail/Text: g20956@att.com Feb 20 2020 03:58:31     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER,, NJ 07921-2693
14254299        E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2020 03:57:14     Ally Automotive Financing,
                 P. O.B Ox 380901,    Bloomington, MN 55438
14278073        E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2020 03:57:14     Ally Bank Lease Trust,
                 PO Box 130424,    Roseville, MN 55113-0004
14259312        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 03:44:49     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14254303       +E-mail/Text: blegal@phfa.org Feb 20 2020 03:58:07     PHFA,   211 North Front Street,
                 Harrisburg, PA 17101-1466
14280978        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:43:41
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14254586       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:43:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14287790       +E-mail/Text: blegal@phfa.org Feb 20 2020 03:58:08     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14272621       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 03:58:11     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14257736        E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Bank Lease Trust,    PO Box 130424,   Roseville, MN  55113-0004
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2           Date Rcvd: Feb 19, 2020
                              Form ID: pdf900           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Antoine C Green, Sr bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank Lease Trust rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>ANTOINE C GREEN, SR. | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-10050-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
ANTOINE C GREEN, SR.

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143